IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Suzhou Meilin Import and Export Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Yan Lyu dba STARWHISPER, <br><br> Defendant. | **Case No. 1:25-cv-06766** |

## NOTIFICATION AS TO AFFILIATES

Plaintiff Suzhou Meilin Import and Export Co., Ltd., a nongovernmental party, by and through its undersigned counsel, the Bayramoglu Law Offices, LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, hereby submits as follows:

Jian Tang owns 5% or more of Plaintiff Suzhou Meilin Import and Export Co., Ltd.

Jie Wang owns 5% or more of Plaintiff Suzhou Meilin Import and Export Co., Ltd.

DATED: June 18, 2025					Respectfully submitted,

**BAYRAMOGLU LAW OFFICES LLC**
By: */s/ David Silver*
DAVID SILVER, ESQ. (NV Bar No. 15641)
david@bayramoglu-legal.com
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Telephone: 702.462.5973   |   Fax: 702.553.3404
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                              By: */s/ David Silver*
                                                                  David Silver, Esq.