## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Suzhou Meilin Import and Export Co., Ltd., | **Case No.: 1:25-cv-06766-JRB-AB** |
| Plaintiff, | **NOTICE OF PRESENTMENT OF PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)** |
| v. | |
| Yan Lyu dba STARWHISPER, | **Honorable John Robert Blakey** |
| Defendant. | **Magistrate Albert Berry III** |

### NOTICE OF PRESENTMENT OF PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)

PLEASE TAKE NOTICE THAT Plaintiff, Suzhou Meilin Import and Export Co., Ltd. ("Plaintiff"), by and through its attorneys of record, hereby moves this Court for an order authorizing Plaintiff to effectuate electronic service of process pursuant to Fed. R. Civ. P. 4(f)(3).

The hearing for this matter is set for Wednesday, June 25, 2025, at 11:00 a.m. before the Honorable Judge John Robert Blakey in-person, in Courtroom 1203, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., 5th Floor Chicago, IL 60604, or as soon as the parties may be heard.

DATED: June 20, 2025          Respectfully submitted,

**BAYRAMOGLU LAW OFFICES LLC**
By: */s/ David Silver*
DAVID SILVER, ESQ. (NV Bar No. 15641)
Katherine M. Kuhn, Esq. (Bar No. 6331405)
david@bayramoglu-legal.com
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Telephone: 702.462.5973   |   Fax: 702.553.3404
*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 20th day of June 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By:  */s/ David Silver*  
DAVID SILVER, ESQ.

NOTICE OF MOTION FOR PRESENTMENT            Case No. 1:25-cv-06766-JRB-AB